MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JENNIFER MAYER,

    Plaintiff,

vs.

    No. 2:09-cv-00820-RCJ-RJJ

EXPERIAN INFORMATION SOLUTIONS INC.,

    Defendant.

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(ii) and local rule 7-1(b) it is hereby stipulated by the parties hereto that the above-entitled matter be dismissed with prejudice, each party to bear their costs and attorney's fees.

DATED: May 27, 2010.

MITCHELL D. GLINER, ESQ.

_____
MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 W. Charleston Blvd., #95
Las Vegas, Nevada 89102
Attorney for Plaintiff

LEWIS AND ROCA LLP

_____
FRANCHESCA V. VAN BUREN, ESQ.
Nevada Bar #010260
3993 Howard Hughes, Ste. 600
Las Vegas, NV 89169
Attorneys for Defendant

IT IS SO ORDERED this  7th  day of  July , 2010

_____
Gloria M. Navarro
United States District Judge